Case 4:25-cr-00611   Document 1   Filed on 11/13/25 in TXSD   Page 1 of 4

United States Courts
Southern District of Texas
FILED

*November 13, 2025*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> v. <br><br> **(1) DEZMAHN CORMIER,** <br> a/k/a "MAHN," <br><br> and <br><br> **(2) ISIAH REED,** <br> a/k/a "NAWF," <br><br> Defendants. | Case No. __4:25-cr-611__ |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### INTRODUCTION

At all times material to this Indictment, the game room located at 4820 West Cedar Bayou Lynchburg Road in Baytown, Texas is an entertainment space open to the public that provides slot machines that patrons use to gamble. The game room is engaged in a business that buys and/or leases perishable and non-perishable goods, sells perishable goods, and transacts in United States currency. These goods and currency travel in interstate commerce and affect interstate commerce.

### COUNT ONE

**Title 18, United States Code, Section 1951(a) –
Conspiracy to Interfere with Commerce by Robbery**

Beginning on an unknown date, but no later than on or about April 15, 2025, and continuing until at least on or about June 15, 2025, in the Southern District of Texas, and elsewhere, the defendants,

**DEZMAHN CORMIER, a/k/a "MAHN," and
ISIAH REED, a/k/a "NAWF,"**

did knowingly and intentionally combine, conspire, confederate, and agree with each other, and others, known and unknown to the Grand Jury, to obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully combine, conspire, confederate, and agree with each other, to unlawfully take and obtain property, namely United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items, in violation of Title 18, United States Code, Section 1951(a).

**Manner and Means**

The unlawful conspiracy was accomplished by the following manner and means:

1. It was part of the conspiracy that co-conspirators would meet and discuss plans to commit the robbery of the game room located at 4820 West Cedar Bayou Lynchburg Road in Baytown, Texas ("the game room"). The co-conspirators also communicated with each other via phone calls and text messages before, during and after they robbed the game room on or about May 23, 2025.

2. It was further part of the conspiracy that co-conspirators recruited others to take part in the robbery of the game room.

3. It was further part of the conspiracy that one co-conspirator rented a car that was used to transport members of the conspiracy to and from the game room on the night of the robbery.

4. It was further part of the conspiracy that co-conspirators acquired firearms to use in the robbery of the game room, then provided those firearms to other co-conspirators.

5.　　It was further part of the conspiracy that co-conspirators entered the game room together, subdued patrons and employees inside the business, stole money belonging to the game room, then later distributed the stolen funds to members of the conspiracy.

### Overt Acts

In furtherance of and to affect the objectives of the conspiracy, and to accomplish its purposes and objectives, the defendants and others, both known and unknown to the Grand Jury, committed and caused to be committed the following overt acts, among others, in the Southern District of Texas: the interference with commerce by robbery and using, carrying, and brandishing of a firearm during a crime of violence undertaken in furtherance of the conspiracy and to accomplish the object of the conspiracy, as set forth in Counts Two and Three.

All in violation of Title 18, United States Code, Section 1951(a).

### COUNT TWO

### Title 18, United States Code, Sections 1951(a) and 2 – Aiding and Abetting Interference with Commerce by Robbery

On or about May 23, 2025, in the Houston Division of the Southern District of Texas,

**DEZMAHN CORMIER, a/k/a "MAHN," and
ISIAH REED, a/k/a "NAWF,"**

defendants herein, aiding and abetting one another and others known and unknown to the Grand Jury, did unlawfully obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendants did unlawfully take and obtain the property of the game room located at 4820 West Cedar Bayou Lynchburg Road in Baytown, Texas, namely United States currency that was in the possession

and custody of an employee of the game room by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, §§ 1951(a) and 2.

### COUNT THREE

### Title 18, United States Code, §§ 924(c)(1)(A) and 2 - Aiding and Abetting Use, Carry, and Brandish of a Firearm During and in Relation to a Crime of Violence

On or about May 23, 2025, in the Houston Division of the Southern District of Texas,

**DEZMAHN CORMIER, a/k/a "MAHN," and**
**ISIAH REED, a/k/a "NAWF,"**

defendants herein, aiding and abetting one another and others known and unknown to the Grand Jury, did knowingly use, carry, and brandish a firearm, namely, a handgun, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery, as alleged in Count Two.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

**A TRUE BILL:**

Original Signature on File
--------------------------------
**FOREMAN OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**

BY: *[signature]*
**John S. Ganz**
**Assistant U.S. Attorney**